IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD C. COOK, | No. CIV S-10-3436-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| KATHLEEN L. DICKINSON, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the 2008 denial of parole.  On June 16, 2011, the court received a second petition, which challenges a 2009 denial of parole.  This second petition was filed as a second amended petition in this action.  However, as it challenges a later denial of parole, this second petition should have been filed as a new action.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to docket this second petition (Doc. 11) in a newly opened case, randomly assigned off the wheel.

DATED: June 22, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1